IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Wendell Budziszewski and Anthony Budziszewski,<br><br>Plaintiffs,<br><br>v.<br><br>Exide Technologies, Inc., formerly known as GNB Technologies, and Connecticut General Life Insurance Company, d/b/a CIGNA,<br><br>Defendants. | ) | Court File No. 02-413 ADM/AJB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

## STIPULATION

IT IS HEREBY STIPULATED by and between plaintiffs Wendell Budziszewski and Anthony Budziszewski and defendant Exide Technologies, Inc. and defendant Connecticut General Life Insurance Company, each of them, that all claims and causes of action asserted in the above-captioned matter may be hereby dismissed with prejudice and on the merits, but without costs or disbursements to any party.

IT IS FURTHER STIPULATED that the Court may enter an Order for Judgment of Dismissal with Prejudice, without costs or disbursements to any party, based on the foregoing stipulation without further notice.

AUG 2 _ 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: July 26, 2002

**DUDLEY & SMITH, P.A.**

By ______________________

Kammey M.K. Mahowald, Reg. No. 236421
2602 Firstar Center
101 East Fifth Street
St. Paul, MN 55101
(651) 291-1717

**ATTORNEYS FOR PLAINTIFFS**

Dated: August 19, 2002

**EXIDE TECHNOLOGIES, INC.**

By ______________________

Its Asst. General Counsel & Asst Secretary

Dated: July 31, 2002

**HINSHAW & CULBERTSON**

By ______________________

Brian L. Lindberg, Reg. No. 286874
3100 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, Minnesota 55402
(612) 333-3434

**ATTORNEYS FOR DEFENDANT CONNECTICUT GENERAL LIFE INSURANCE COMPANY**

**ORDER**

Based upon the foregoing Stipulation of Dismissal With Prejudice, and all of the files, records and proceedings herein, the Court makes the following Order:

Judgment shall be entered forthwith dismissing all claims and causes of action with prejudice and on the merits, without costs or disbursements to any party.

**SO ORDERED.**

Dated this 27th day of August, 2002.

BY THE COURT:

The Honorable Ann D. Montgomery
United States District Court Judge